IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WATSON DIXON, JR.,

    Plaintiff,

v.

SCHNEIDER INTERNATIONAL
TRUCKING COMPANY,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-168

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 17, 2020, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's Order requiring that he pay the required filing fee. (See doc. 4 at 1.) The Court ADOPTS the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint is **DISMISSED**. The Clerk of Court is DIRECTED to close this case.

**SO ORDERED**, this 1st day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA